DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID THOMPSON II,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-0252

[March 23, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Charles A. Schwab, Judge; L.T. Case No. 432013CF000030A.

David Thompson II, De Funiak Springs, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***